United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P.,<br>        Plaintiff,<br>    v.<br>UBER TECHNOLOGIES INC., et al.,<br>        Defendants. | Case No. 23-cv-04308-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| Halstenberg,<br>        Plaintiff,<br>    v.<br>UBER TECHNOLOGIES INC., et al.,<br>Defendants. | Case No. 23-cv-4705-AMO |
| Cormier,<br>        Plaintiff,<br>    v.<br>UBER TECHNOLOGIES INC., et al.,<br>Defendants. | Case No. 23-cv-4745-AMO |
| Jane Doe F-2,<br>        Plaintiff,<br>    v.<br>UBER TECHNOLOGIES INC., et al.,<br>Defendants. | Case No. 23-cv-3949-AMO |

Pursuant to Civil Local Rule 3-12(c) and Rule 7.2(a) of the Rules of Procedure of the U.S.

Judicial Panel on Multi-District Litigation, the above-entitled cases are hereby **REFERRED** to the Honorable Charles R. Breyer for consideration of whether the cases are related to 23-md-3084, *In re Uber Technologies, Inc., Passenger Sexual Assault Litigation*.

**IT IS SO ORDERED.**

Dated: October 20, 2023

*[signature]*

**Judge Araceli Martínez-Olguín**
**United States District Judge**