IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

Case No.  23-md-03084-CRB

**ORDER RELATING CASES**

This Order Relates To:

23-cv-04972-JSC

23-cv-03852-JSW

23-cv-04316-JSW

23-cv-04310-JSW

23-cv-04772-HSG

23-cv-04308-AMO

23-cv-04705-AMO

23-cv-04745-AMO

23-cv-03949-AMO

Having reviewed several sua sponte referrals pursuant to Civil Local Rule 3-12(c), see Dkts. 9, 14–16, 19–20, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084. The Court therefore reassigns the above-captioned cases to itself.

**IT IS SO ORDERED.**

Dated: October 23, 2023

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California