IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____ /<br><br>This Order Relates To:<br><br>*A.P. v. Uber, Inc.*,<br>Case No. 23-cv-04308-CRB | MDL No. 3084<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Member Dkt. No. 28, 29 |

On December 18, 2024, Uber filed a third-party complaint against Yovanis Escorcia Bustamante. Member dkt. 21. The Clerk of Court issued a summons relating to the third-party complaint on December 30, 2024. Member dkt. 23. On March 3, 2025, third-party defendant Yovanis Escorcia Bustamante filed the above captioned motions requesting more time to respond to Uber's complaint. The Court finds that good cause exists to extend the deadline to file a responsive pleading given Mr. Bustamante's pro se status. Mr. Bustamante is ordered to file a response to Uber's third-party complaint within 60 days of this Order.

Mr. Bustamante is encouraged to consult the Federal Pro Bono Project, the Northern District of California's free legal help desk for self-represented individuals. He can reach the help desk by emailing fedpro@sfbar.org or calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: March 7, 2025



CHARLES R. BREYER
United States District Judge